| |  | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | STEVEN M. COWLEY | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 857 488 4261 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 857 401 3090 | PITTSBURGH |
| LOS ANGELES | E-MAIL: SMCowley@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

March 4, 2025

VIA ECF

Hon. Pamela K. Chen
United States District Court Eastern District of New York
225 Cadman Plaza East, Room N631
Brooklyn, New York 11201

      **Re:** *Michael Grecco Productions, Inc. v. Alamy Inc. et al.* **Case No. 1:23-cv-08321-PKC-JAM**

Dear Judge Chen:

    On behalf of plaintiff Michael Grecco Productions, Inc. ("MGPI"), I write in response to the Court's Electronic Order dated March 3, 2025 and to confirm that there are no claims that remain pending in this action following the stipulations of dismissal entered between MGPI and the defendants who filed appearances and MGPI's notice of voluntary dismissal of the two defendants who did not file an appearance in this action.

                                     Sincerely,

                                     */s/ Steven M. Cowley*

cc:    All counsel of record (*via ECF)*

DUANE MORRIS LLP
100 HIGH STREET, SUITE 2400    BOSTON, MA 02110-1724    PHONE: +1 857 488 4200    FAX: +1 857 488 4201
DM2\20972993.1